1   TRISH M. HIGGINS (State Bar No. 119215)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
2   400 Capitol Mall, Suite 3000
    Sacramento, California 95814-4497
3   Telephone:   916-447-9200
    Facsimile:   916-329-4900
4
    ERIN M. CONNELL (State Bar No. 223355)
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
6   405 Howard Street
    San Francisco, California 94105-2669
7   Telephone:   415-773-5700
    Facsimile:   415-773-5759
8
    Attorneys for Defendant
9   Morgan Stanley & Co., Inc.

10              UNITED STATES DISTRICT COURT

11           SOUTHERN DISTRICT OF CALIFORNIA        **VIA FAX**

12

13   RICHARD A. KWAK,                    Case No.   '08 CV 689   BEN POR

14              Plaintiff,               **DECLARATION OF ERIN CONNELL
                                         IN SUPPORT OF NOTICE OF
15        v.                             REMOVAL BY DEFENDANT
                                         MORGAN STANLEY & CO., INC.**
16   MORGAN STANLEY & CO.,
     INCORPORATED; and DOES 1-20,
17   inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

OHS West:260417793.1

FILED

08 APR 15  PM 3: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:
                              DEPUTY

I, Erin M. Connell, hereby declare:

1.    I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant Morgan Stanley & Co., Inc. ("Morgan Stanley"). I make this declaration in support of Defendant's Notice of Removal. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2.    Attached as Exhibit 1 is a true and correct copy of the signed Notice and Acknowledgement of Receipt, confirming that service of the Complaint on Morgan Stanley was completed on April 2, 2008, pursuant to California Code of Civil Procedure 415.30.

Executed on April 15, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

_Erin Connell_

Erin M. Connell

OHS West:260417793.1

DECLARATION OF ERIN CONNELL IN SUPPORT OF
NOTICE OF REMOVAL BY DEFENDANT MORGAN
STANLEY & CO., INC. (CASE NO. _____)

03/13/2008   17:50    ENGLISH GLOVEN → 19163294900                    NO.688   D020

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Donald A. English, Esq. (State Bar No. 115569) Jeffrey E. Flynn, Esq. (State Bar No. 167927) English & Gloven, A Professional Corporation 550 West C Street, Suite 1800 San Diego, CA 92101 TELEPHONE NO.: 619-338-6610   FAX NO. (Optional): 619-338-6657 E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Plaintiff Richard A. Kwak | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| STREET ADDRESS: 330 West Broadway |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Diego, CA 92101 |
| BRANCH NAME: Central Division |

| PLAINTIFF/PETITIONER: Richard A. Kwak |
|---|
| DEFENDANT/RESPONDENT: Morgan Stanley & Co., Incorporated |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: 37-2008-00079870-CU-OE-CTL |
|---|---|

TO (insert name of party being served): Defendant Morgan Stanley & Co., Incorporated

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March ___, 2008

Jeffrey E. Flynn
_____            ▶    _____
(TYPE OR PRINT NAME)                               (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other: (specify): Notice of Case Assignment, Notice to Litigants/ADR Information Package

(To be completed by recipient):
Date this form is signed: April 2, 2008

Trish Higgins Attorney for
_____            ▶    _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Morgan Stanley & Co., Inc.

| Form Adopted for Mandatory Use Judicial Council of California POS-015 (Rev. January 1, 2005) | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Page 1 of 1 Code of Civil Procedure, §§ 415.30, 417.10 |
|---|---|---|

Legal Solutions Plus