TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant
Morgan Stanley & Co., Inc.

FILED
08 APR 15 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

RICHARD A. KWAK,

    Plaintiff,

v.

MORGAN STANLEY & CO., INCORPORATED; and DOES 1-20, inclusive,

    Defendants.

Case No. '08 CV 689 BEN POR

DECLARATION OF YVETTE HOFSAESS IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT MORGAN STANLEY & CO., INC.

OHS West:260416985.1

DECLARATION OF YVETTE HOFSAESS IN SUPPORT
OF NOTICE OF REMOVAL BY DEFENDANT
MORGAN STANLEY & CO., INC. (CASE NO.

I, Yvette Hofsaess, hereby declare:

1. I am a Human Resources Generalist for Defendant Morgan Stanley & Co., Inc. ("Morgan Stanley"). I have held this position since August 20, 2007. I make this declaration in support of Defendant's Notice of Removal. The facts set forth in this declaration I know to be true of my own personal knowledge, and if called as a witness I could and would testify competently to the matters set forth in this declaration.

2. I have reviewed the personnel file of Plaintiff Richard Kwak ("Kwak") in this action. The documents contained Kwak's file confirm that Kwak has a Social Security Number, and therefore is a United States citizen.

3. Through my tenure with Morgan Stanley and my role and responsibilities as a Human Resources Generalist, I am familiar with Morgan Stanley's business and corporate structure. Morgan Stanley is incorporated under the laws of the State of Delaware, with its principal place of business in the State of New York. Morgan Stanley conducts business in many states, does not conduct a majority of its activities in any single state, and its corporate headquarters is located in New York. The majority of Morgan Stanley's employees and the majority of Morgan Stanley's tangible properties are not found in California.

Executed on April 14, 2008, in the City and County of Los Angeles, State of California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

_____
Yvette Hofsaess

OHS West:260416985.1

DECLARATION OF YVETTE HOFSAESS IN SUPPORT
OF NOTICE OF REMOVAL BY DEFENDANT
MORGAN STANLEY & CO., INC. (CASE No.

TOTAL P.03