1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4497
3  Telephone:  916-447-9200
   Facsimile:  916-329-4900
4
   ERIN M. CONNELL (State Bar No. 223355)
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, California 94105-2669
7  Telephone:  415-773-5700
   Facsimile:  415-773-5759
8
   Attorneys for Defendant
9  Morgan Stanley & Co., Inc.

FILED
08 APR 15 PM 3:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

10                    UNITED STATES DISTRICT COURT
11                   SOUTHERN DISTRICT OF CALIFORNIA

**VIA FAX**

13  RICHARD A. KWAK,                    Case No.  '08 CV 689 BEN POR
14              Plaintiff,              DEFENDANT MORGAN STANLEY
                                        & CO., INC.'S NOTICE OF PARTY
15         v.                           WITH FINANCIAL INTEREST
16  MORGAN STANLEY & CO.,               FEDERAL RULE CIV. PROC. 7.1
    INCORPORATED; and DOES 1-20,
17  inclusive,                          LOCAL CIVIL RULE 40.2
18              Defendants.

OHS West:260416993.1

DEFENDANT MORGAN STANLEY & CO., INC.'S
NOTICE OF PARTY WITH FINANCIAL INTEREST
(CASE NO. _____)

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, defendant
2  Morgan Stanley & Co., Inc. hereby states: Morgan Stanley & Co., Inc. is a wholly-owned
3  subsidiary of Morgan Stanley, Inc.

4  Dated: April 15, 2008

TRISH M. HIGGINS
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Erin M. Connell
Attorneys for Defendant
Morgan Stanley & Co., Inc.

OHS West:260416993.1

DEFENDANT MORGAN STANLEY & CO., INC.'S
NOTICE OF PARTY WITH FINANCIAL INTEREST
(CASE NO. _____)