Donald A. English, Esq.   (State Bar No. 115569)
Jeffrey E. Flynn, Esq.    (State Bar No. 167927)
ENGLISH & GLOVEN
A Professional Corporation
550 West "C" Street, Suite 1800
San Diego, California  92101
Telephone:  (619) 338-6610
Facsimile:   (619) 338-6657

Attorneys for Plaintiff
Richard A. Kwak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>  Plaintiffs,<br><br>  v.<br><br>MORGAN STANLEY & CO.,<br>INCORPORATED; and<br>DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 08-CV-689 BEN POR<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rules of Civil Procedure, rule 38, plaintiff Richard A. Kwak hereby demands a trial by jury.

Dated:  April 18, 2008           ENGLISH & GLOVEN
                                 A Professional Corporation


                                 By: /s/ Donald A. English
                                     Donald A. English
                                     Jeffrey E. Flynn
                                 Attorneys for Plaintiff
                                 Richard A. Kwak

**08-CV-689 BEN POR**

**CERTIFICATE OF SERVICE**

I, Antoniette Jennings, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified below and on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2008.

| | |
|---|---|
| Erin M. Connell, Esq.<br>Orrick, Herrington & Suttcliffe LLP<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    415-773-5700<br>Facsimile:     415-773-5759<br>E-Mail:         econnell@orrick.com | Attorneys for Defendant<br>Morgan Stanley & Co., Inc. |

Dated: April 18, 2008            /s/ Antoniette Jennings
                                 Antoniette Jennings