## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

| Kwak | v. | Morgan Stanley & Co. Inc. et al | No. | 08cv689-BEN (POR) |

| Plaintiffs | Defendants |
|---|---|
| n/a | Morgan Stanley |
| | Morgan Stanley Dean Witter |

PROCEEDINGS:   _____ In Chambers   _____ In Court   _____ Telephonic

Judge Porter hereby recuses herself from the above-entitled action and requests that another Magistrate Judge be assigned.   There are currently no dates set in front of Judge Porter.

LEO S. PAPAS

NOTICE:   _____ In Person   _____ By Telephone   X Copies Sent

DATE:   April 18, 2008                    DEPUTY: [signature]

cc: Judge Benitez