Donald A. English, Esq.   (State Bar No. 115569)
Jeffrey E. Flynn, Esq.   (State Bar No. 167927)
ENGLISH & GLOVEN
A Professional Corporation
550 West "C" Street, Suite 1800
San Diego, California  92101
Telephone:  (619) 338-6610
Facsimile:   (619) 338-6657

Attorneys for Plaintiff
Richard A. Kwak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INCORPORATED; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 08-CV-689 BEN LSP<br><br>**NOTICE OF APPEARANCE** |

Please take notice of the appearance of Donald A. English, Esq. of English & Gloven, A Professional Corporation, as an attorney of record and attorney to be noticed on behalf of plaintiff Richard A. Kwak.

Dated:  April 21, 2008                ENGLISH & GLOVEN
                                      A Professional Corporation


                                      By: /s/ Donald A. English
                                          Donald A. English
                                          Jeffrey E. Flynn
                                      Attorneys for Plaintiff
                                      Richard A. Kwak

**08-CV-689 BEN POR**

**CERTIFICATE OF SERVICE**

I, Donald A. English, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified below and on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 21, 2008.

| | |
|---|---|
| Erin M. Connell, Esq.<br>Orrick, Herrington & Suttcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759<br>E-Mail: econnell@orrick.com | Attorneys for Defendant<br>Morgan Stanley & Co., Inc. |

Dated: April 21, 2008              /s/ Donald A. English
                                   Donald A. English