Donald A. English, Esq.   (State Bar No. 115569)
Jeffrey E. Flynn, Esq.    (State Bar No. 167927)
ENGLISH & GLOVEN
A Professional Corporation
550 West "C" Street, Suite 1800
San Diego, California  92101
Telephone: (619) 338-6610
Facsimile:  (619) 338-6657

Attorneys for Plaintiff
Richard A. Kwak

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK, | Case No. 08-CV-689 BEN LSP |
| Plaintiffs, | **NOTICE OF EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| MORGAN STANLEY & CO., INCORPORATED; and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO:   DEFENDANT MORGAN STANLEY & CO., INCORPORATED AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that an Early Neutral Evaluation Conference has been ordered by the Court and scheduled for June 12, 2008, at 2:00 p.m., before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California. A copy of the Court's April 21, 2008 Notice and Order for Early Neutral Evaluation Conference is attached hereto as Exhibit 1. A copy of the Court's April 22, 2008 minutes rescheduling the Early Neutral Evaluation Conference to June 12, 2008 at 2:00 p.m. is attached hereto as Exhibit 2.

Dated: April 28, 2008                    ENGLISH & GLOVEN
                                         A Professional Corporation


                                         By: /s/ Jeffrey E. Flynn
                                             Donald A. English
                                             Jeffrey E. Flynn
                                             Attorneys for Plaintiff

**Exhibit 1**

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11   RICHARD A. KWAK              )   Civil No. 08-0689-BEN(LSP)
                                  )
12               Plaintiff,       )   NOTICE AND ORDER FOR EARLY
                                  )   NEUTRAL EVALUATION CONFERENCE
13   v.                           )
                                  )
14   MORGAN STANLEY & CO., INC.,  )
                                  )
15               Defendant.       )

16
17       IT IS HEREBY ORDERED that an Early Neutral Evaluation of your
case will be held on June 19, 2008, at 2:00 PM before United States
18
Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom
19
G, First Floor, 940 Front Street, San Diego, California.
20
         Pursuant to Rule 16.1(c) of the Local Rules of the United
21
States District Court for the Southern District of California, both
22
counsel and the parties who have full and unlimited authority[1] to
23

24  _____
    [1] "Full authority to settle" means that the individuals at the settlement
25  conference must be authorized to fully explore settlement options and to
    agree at that time to any settlement terms acceptable to the parties.
26  Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir.
    1989). The person needs to have "unfettered discretion and authority" to
27  change the settlement position of a party. Pitman v. Brinker Intl., Inc.,
    216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a
28  person with unlimited settlement authority to attend the conference
    includes that the person's view of the case may be altered during the face
    to face conference. Id. at 486. A limited or a sum certain of authority

                                    1

negotiate and enter into a binding settlement shall appear <u>in person</u> at the conference and shall be prepared to discuss the claims, defenses and damages.

Unless there are **extraordinary circumstances,** persons required to attend the conference pursuant to this Order shall not be excused from personal attendance.  Requests for excuse from attendance for extraordinary circumstances shall be made in writing at least 48 hours prior to the conference.  Where the suit involves the United States or one of its agencies, only counsel for the United States with full settlement authority need appear.  All conference discussions will be informal, off the record, privileged and confidential.

The parties may submit a short Confidential Early Neutral Evaluation Conference Statement prior to the conference.  The parties are also encouraged to lodge with Magistrate Judge Papas' chambers a chronology, setting forth a timeline of the factual events that are the basis for the claims and defenses asserted in this litigation.  If submitted, the chronology should be in a chart or column format with the column headings "DATE" and "EVENT" and may be annotated with documents significant to the facts or issues.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1.  Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

---

is not adequate.  <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590 (8th Cir. 2001).

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

**Plaintiff's counsel shall notify all Defendants of the date and time of the Early Neutral Evaluation Conference.** Questions regarding this case may be directed to the Magistrate Judge's research attorney at (619) 557-6384.

DATED: April 21, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge

3

08cv0689

**Exhibit 2**

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KWAK                              v. MORGAN STANLEY              No. 08-0689-BEN(LSP)

HON. LEO S. PAPAS     CT. DEPUTY J. JARABEK        Rptr.
                              Attorneys
      Plaintiffs                                          Defendants

The date and time of the Early Neutral Evaluation Conference on June 19, 2008 at 2:00 PM is vacated and reset for June 12, 2008 at 2:00 PM.

All parties or their representatives who have full authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.

Pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

"Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

DATED: April 22, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

I, Jeffrey E. Flynn, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified below and on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2008.

| | |
|---|---|
| Erin M. Connell, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759<br>E-Mail: econnell@orrick.com | Attorneys for Defendant<br>Morgan Stanley & Co., Inc. |

Dated: April 28, 2008            /s/ Jeffrey E. Flynn
                                 Jeffrey E. Flynn