**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

KWAK                              v. MORGAN STANLEY                    No. 08-0689-BEN(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. _____
                                              Attorneys
        Plaintiffs                                                    Defendants

The date and time of the Early Neutral Evaluation Conference on June 12, 2008 at 2:00 PM is vacated and reset for June 19, 2008 at 8:30 AM.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: May 20, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge