UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC.,<br><br>　　　　　Defendant. | Civil No. 08-0689-BEN(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

　　　　On June 19, 2008, the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Donald English and Jeffrey Flynn on behalf of plaintiff and Trish Higgins on behalf of defendant.

　　　　Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

　　　　1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

      2.   The Rule 26(f) conference shall be completed before <u>July 14, 2008</u>;

      3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>July 24, 2008</u>;

      4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>July 24, 2008</u>; and,

      5.   A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>August 13, 2008</u>, at <u>8:30 AM</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

    IT IS SO ORDERED.

DATED: June 19, 2008

                                    Hon. Leo S. Papas
                                    U.S. Magistrate Judge