1  Donald A. English, Esq.     (State Bar No. 115569)
   Jeffrey E. Flynn, Esq.      (State Bar No. 167927)
2  ENGLISH & GLOVEN
   A Professional Corporation
3  550 West "C" Street, Suite 1800
   San Diego, California 92101
4  Telephone: (619) 338-6610
   Facsimile:  (619) 338-6657
5
   Attorneys for Plaintiff
6  Richard A. Kwak

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 RICHARD A. KWAK,                )  Case No. 08-CV-689 BEN LSP
                                   )
11         Plaintiffs,              )  **PROOF OF SERVICE BY MAIL**
                                   )
12    v.                           )
                                   )
13 MORGAN STANLEY & CO.,           )
   INCORPORATED; and DOES 1 through 20, )
14 inclusive,                      )
                                   )
15         Defendants.             )
                                   )
16 _____ )

17     I, Antoniette Jennings, certify and declare that I am over the age of 18 years, employed in the

18 County of San Diego, State of California, and not a party to the above-entitled cause.

19     On July 24, 2008, I served the following document(s):

20     **Rule 26(f) Report**

21 by placing a true copy of each document in a separate envelope addressed to each addressee, respectively,

22 as follows:

23
   Trish M. Higgins, Esq.                    Attorneys for Defendant
24 Orrick, Herrington & Sutcliffe, LLP        Morgan Stanley & Co., Incorporated
   400 Capitol Mall, Suite 3000
25 Sacramento, CA 95814-4497
   Telephone:    916-447-9200
26 Facsimile:    916-329-4900

27     I then sealed each envelope and, with postage thereon fully prepaid, placed each for deposit in

28 the United States Postal Service, this same day, at my business address shown above, following ordinary

business practices. I am readily familiar with the business practices for collecting and processing of correspondence and pleadings for mailing with the United States Postal Service; and that the correspondence and pleadings shall be deposited with the United States Postal Service this same day in the ordinary course of business.

    I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of July, 2008 at San Diego, California.

_____
Antoniette Jennings