TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    916-447-9200
Facsimile:    916-329-4900
E-mail: thiggins@orrick.com

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759
E-mail: aross@orrick.com
E-mail: econnell@orrick.com

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK, | Civil No. 08-0689-BEN (LSP) |
| Plaintiff, | **NOTICE OF APPEARANCE OF DEFENDANT MORGAN STANLEY & CO. INCORPORATED** |
| v. | |
| MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive, | |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE that Defendant MORGAN STANLEY & CO.
4  INCORPORATED hereby appears in the above-entitled action by and through Trish Higgins,
5  Amy Ross and Erin Connell of ORRICK, HERRINGTON & SUTCLIFFE LLP and requests that
6  all further papers, pleadings, filings, and electronic filings, except original process, be served
7  upon this attorney at the address and e-mail address above stated.

9  Dated: July 29 2008.             TRISH M. HIGGINS
                                    AMY ROSS
10                                  ERIN M. CONNELL
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By: /s/ Trish M. Higgins
13                                       Trish M. Higgins
                                         Attorneys for Defendant
14                                       Morgan Stanley & Co. Incorporated

NOTICE OF APPEARANCE
08-0689-BEN (LSP)