1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California  95814-4497
3  Telephone:   916-447-9200
   Facsimile:    916-329-4900
4
   AMY ROSS (State Bar No. 215692)
5  ERIN M. CONNELL (State Bar No. 223355)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, California  94105-2669
   Telephone:   415-773-5700
8  Facsimile:    415-773-5759

9  Attorneys for Defendant
   Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>    Plaintiff,<br><br>    v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>    Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**<br><br>Date:    September 8, 2008<br>Time:   10:30 a.m.<br>Dept:    Courtroom 3<br>Judge:  The Hon. Roger T. Benitez |

OHS West:260489169.1

DEFENDANT'S NOTICE OF MOTION & MOTION TO STAY PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION (08-0689-BEN (LSP))

1  TO PLAINTIFF RICHARD KWAK AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 8, 2008 at 10:30 a.m., or as soon as this matter may be heard in Courtroom 3 of the above-entitled Court, located at the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California 92101-8900, before the Honorable Roger T. Benitez, Defendant Morgan Stanley & Co., Inc. ("Morgan Stanley") will and does hereby move this Court to stay the present action pending resolution of a related action before the Securities Exchange Commission ("SEC"): *Securities and Exchange Commission v. Competitive Technologies Inc. et al*, U.S.D.C. Case No. 3:04-cv-1331-JCH. This motion is made on the ground that staying the present action until resolution of the SEC action will best serve the interests of judicial economy and efficiency, will prevent undue hardship to the parties in the form of unnecessary and expensive litigation and discovery costs, and will minimize the risk of inconsistent rulings. Further, because the SEC action is scheduled to commence trial on September 29, 2008 – just three weeks after hearing on the present motion to stay – any potential prejudice to Kwak by slightly delaying adjudication of his indemnification claims will be minimal, and is far outweighed by the numerous other interests served by staying the present action.

This motion is based on this Notice, the Memorandum of Points and Authorities in Support of the Motion, and the accompanying Declaration of Trish M. Higgins and exhibits thereto, all of which are served and filed herewith; the pleadings on file in this action, any matters upon which the Court may or must take judicial notice; any argument presented at the hearing on the motion, and any other matters the Court deems proper.

Dated: August 8, 2008

TRISH M. HIGGINS
AMY ROSS
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Trish M. Higgins_____
Trish M. Higgins
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

OHS West:260489169.1    - 1 -    DEFENDANT'S NOTICE OF MOTION & MOTION TO STAY PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION (08-0689-BEN (LSP))