TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:  916-447-9200
Facsimile:  916-329-4900

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>                     Plaintiff,<br><br>         v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>                     Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DECLARATION OF TRISH M. HIGGINS IN SUPPORT OF DEFENDANT'S MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**<br><br>Date:      September 8, 2008<br>Time:      10:30 a.m.<br>Dept:      Courtroom 3<br>Judge:    The Hon. Roger Benitez |

DEC 1

OHS West:260489659.1

DECLARATION OF TRISH HIGGINS IN SUPPORT OF
DEFENDANT'S MOTION TO STAY PRESENT ACTION
PENDING RESOLUTION OF RELATED SEC ACTION

I, Trish M. Higgins, hereby declare:

1. I am a member of the State Bar of California and associated with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Morgan Stanley & Co. Incorporated ("Morgan Stanley"). I make this declaration in support of Defendant's Motion to Stay the Present Action Pending Resolution of Related SEC Action. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2. I have reviewed and am familiar with some of the documents from the court's docket in the matter of *Securities and Exchange Commission v. Competitive Technologies Inc. et al*, U.S.D.C. Case No. 3:04-CV-1331-JCH ("the SEC action"). Attached hereto as Exhibit A is a true and correct copy of the complaint in the SEC action, dated August 11, 2004. Attached hereto as Exhibit B is a true and correct copy of the SEC action Verdict Form, dated November 29, 2007. Based on an entry in the court docket, the SEC is scheduled to retry the unresolved counts against Kwak in a second jury trial commencing September 29, 2008.

3. During the parties' meet and confer process regarding their Joint 26(f) Report, I explained to Plaintiff's counsel that Morgan Stanley believes that proceedings in this action should be stayed pending resolution of the underlying SEC action. I further explained that the outcome of the SEC action will substantially affect this action and may be dispositive of critical issues, and that proceeding forward in this action prior to resolution of the SEC action may result

///
///
///
///
///
///
///
///

DEC 2

OHS West:260489659.1     - 1 -     DECLARATION OF TRISH HIGGINS IN SUPPORT OF DEFENDANT'S MOTION TO STAY PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION

1  in unnecessary discovery and conflicting rulings. Plaintiff's counsel responded that Kwak is not
2  willing to stipulate to a stay of proceedings in this matter pending resolution of the SEC action.
3      Executed on August 8, 2008, in the City and County of Sacramento, State of California.
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.

8                                                                 s/Trish M. Higgins
                                                                  Trish M. Higgins

DEC 3