1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4497
3  Telephone:  916-447-9200
   Facsimile:  916-329-4900
4
   AMY ROSS (State Bar No. 215692)
5  ERIN M. CONNELL (State Bar No. 223355)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, California 94105-2669
   Telephone:  415-773-5700
8  Facsimile:  415-773-5759

9  Attorneys for Defendant
   Morgan Stanley & Co. Incorporated

10

UNITED STATES DISTRICT COURT

11

SOUTHERN DISTRICT OF CALIFORNIA

12

13

14  RICHARD A. KWAK,                              Civil No. 08-0689-BEN (LSP)

15           Plaintiff,                           **EXHIBIT B TO DECLARATION OF
                                                  TRISH M. HIGGINS IN SUPPORT
        v.                                        OF DEFENDANT'S MOTION TO
16                                                STAY THE PRESENT ACTION
    MORGAN STANLEY & CO.                          PENDING RESOLUTION OF
17  INCORPORATED; and DOES 1-20,                  RELATED SEC ACTION**
    inclusive,
18                                                Date:    September 8, 2008
             Defendants.                          Time:    10:30 a.m.
19                                                Dept:    Courtroom 3
                                                  Judge:   The Hon. Roger Benitez
20

21

22

23

24

25

26

27                                                                              EXH-B
                                                                                  1
28

OHS West:260489907.1

# Exhibit B

FILED

2007 NOV 29 P 4: 19

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,
  Plaintiff,

v.

RICHARD A. KWAK, SHELDON A. STRAUSS, and
STEPHEN J. WILSON,
  Defendants.

CIVIL ACTION NO.
3:04-cv-1331 (JCH)

NOVEMBER 19, 2007

## VERDICT FORM

**I.** **SECTION 9(a)(1) CLAIMS**

 1. Has the SEC proven the elements of its Section 9(a)(1) claim against Richard Kwak?

   Yes_____  No_____

 2. Has the SEC proven the elements of its Section 9(a)(1) claim against Sheldon Strauss?

   Yes ✓  No_____

 3. Has the SEC proven the elements of its Section 9(a)(1) claim against Stephen Wilson?

   Yes_____  No_____

1

## II. SECTION 9(a)(2) CLAIMS

4. Has the SEC proven the elements of its Section 9(a)(2) claim against Richard Kwak?

    Yes_____   No_____

5. Has the SEC proven the elements of its Section 9(a)(2) claim against Sheldon Strauss?

    Yes ✓   No_____

6. Has the SEC proven the elements of its Section 9(a)(2) claim against Stephen Wilson?

    Yes_____   No_____

## III. SECTION 10(b) CLAIMS

7. Has the SEC proven the elements of its Section 10(b) claim against Richard Kwak?

    Yes_____   No_____

8. Has the SEC proven the elements of its Section 10(b) claim against Sheldon Strauss?

    Yes ✓   No_____

9. Has the SEC proven the elements of its Section 10(b) claim against Stephen Wilson?

    Yes_____   No_____

2

EXH-B
4

IV. **SECTION 17(a) CLAIMS**

10. Has the SEC proven the elements of its Section 17(a) claim against Richard Kwak?

    Yes _____   No __✓__

11. Has the SEC proven the elements of its Section 17(a) claim against Sheldon Strauss?

    Yes __✓__   No _____

12. Has the SEC proven the elements of its Section 17(a) claim against Stephen Wilson?

    Yes _____   No __✓__

3

EXH-B
5

## V. AIDING AND ABETTING CLAIMS

### A. Section 9(a)(1)

13. Has the SEC proven that Chauncy Steele violated Section 9(a)(1)?

    Yes ✓       No ____

    If your answer to Question 13 is "yes," continue on to Questions 14, 15, and 16. If your answer to Question 13 is "no," please skip Questions 14, 15, and 16, and go on to Question 17.

14. Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

    Yes ____    No ____

15. Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

    Yes ✓       No ____

16. Has the SEC proven that Stephen Wilson aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

    Yes ____    No ____

### B. Section 9(a)(2)

17. Has the SEC proven that Chauncy Steele violated Section 9(a)(2)?

    Yes ✓       No ____

    If your answer to Question 17 is "yes," continue on to Questions 18, 19, and 20. If your answer to Question 17 is "no," please skip Questions 18, 19, and 20, and go on to Question 21.

18. Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(2)?

    Yes ____    No ____

19. Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in

4

Mr. Steele's violation of Section 9(a)(2)?

Yes ✓     No ____

20. Has the SEC proven that Stephen Wilson aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(2)?

Yes ____     No ____

C. <u>Section 10(b)</u>

21. Has the SEC proven that Chauncy Steele violated Section 10(b)?

Yes ✓     No ____

If your answer to Question 21 is "yes," continue on to Questions 22, 23, and 24. If your answer to Question 21 is "no," please skip Questions 22, 23, and 24, and go on to Section VI.

22. Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes ____     No ____

23. Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes ✓     No ____

20. Has the SEC proven that Stephen Wilson aided and abetted aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes ____     No ____

5

## IV. CONCLUSION

You have now completed the verdict form. Please have your foreperson date and sign this verdict form.

_11/29/07_
Date

_Alex Chik_
Jury Foreperson

6

EXH-B
8