1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4497
3  Telephone:  916-447-9200
   Facsimile:   916-329-4900
4
   AMY ROSS (State Bar No. 215692)
5  ERIN M. CONNELL (State Bar No. 223355)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, California 94105-2669
   Telephone:  415-773-5700
8  Facsimile:   415-773-5759

9  Attorneys for Defendant
   Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD A. KWAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DECLARATION OF SERVICE BY HAND**<br><br>Date:　September 8, 2008<br>Time:　10:30 a.m.<br>Dept:<br>Judge:　The Hon. Roger T. Benitez |
|---|---|

OHS West:260489555.1

## DECLARATION OF SERVICE BY HAND

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Central Attorney Service, 1241 State Street, San Diego, California 92101.

On August 8, 2008, I served upon plaintiff Richard A. Kwak the following documents:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**

**DECLARATION OF TRISH M. HIGGINS IN SUPPORT OF DEFENDANT'S MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**

**EXHIBITS TO DECLARATION OF TRISH M. HIGGINS IN SUPPORT OF DEFENDANT'S MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION**

by hand-delivering true and correct copies of these documents to:

Donald A. English
Jeffrey E. Flynn
English & Gloven
550 West "C" Street, Suite 1800
San Diego, California 92101

and leaving them with a clerk or other person in charge of the office.

Executed on August 8, 2008, in the City and County of San Diego, State of California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

_____
[SIGNATURE]

Brian McNeal
[PRINT NAME]