TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DECLARATION OF ELECTRONIC SERVICE**<br><br>Date:　September 8, 2008<br>Time:　10:30 a.m.<br>Dept:<br>Judge:　The Hon. Roger T. Benitez |

## DECLARATION OF ELECTRONIC SERVICE

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On August 29, 2008, I served electronically upon plaintiff Richard A. Kwak **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STAY THE PRESENT ACTION PENDING RESOLUTION OF RELATED SEC ACTION** by filing it electronically ("e-filing") via the Case Management / Electronic Case Filing system with the United States District Court for the Southern District of California (the "Court") for transmittal to:

> Donald A. English
> Jeffrey E. Flynn
> English & Gloven
> 550 West "C" Street, Suite 1800
> San Diego, California 92101
> dae@englishapc.com
> jef@englishapc.com

The Court confirmed the successful e-filing of this document by e-mailing a Notice Of Electronic Filing ("Notices") to the parties. A true and correct copy of this Notice is attached to this declaration.

Executed on August 29, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

*Kate Brandt*
————————————
Kate Brandt

**Brandt, Kate**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Friday, August 29, 2008 12:42 PM |
| **To:** | bcc_only@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00689-BEN-LSP Kwak v. Morgan Stanley & Co. Incorporated et al Reply to Response to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by Connell, Erin on 8/29/2008 at 12:41 PM PDT and filed on 8/29/2008

| | |
|---|---|
| **Case Name:** | Kwak v. Morgan Stanley & Co. Incorporated et al |
| **Case Number:** | 3:08-cv-689 |
| **Filer:** | Morgan Stanley & Co. Incorporated |
| **Document Number:** | 18 |

**Docket Text:**
**REPLY to Response to Motion re [16] MOTION to Stay** *the Present Action Pending Resolution of Related SEC Action* **filed by Morgan Stanley & Co. Incorporated. (Connell, Erin)**

**3:08-cv-689 Notice has been electronically mailed to:**

Erin M Connell      econnell@orrick.com, jponce@orrick.com, kbrandt@orrick.com

Donald A English      dae@englishapc.com, arj@englishapc.com

Jeffrey Edward Flynn      jef@englishapc.com, arj@englishapc.com

Trish M. Higgins      thiggins@orrick.com, jponce@orrick.com

**3:08-cv-689 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

8/29/2008

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=8/29/2008] [FileNumber=2804749-0
] [a8a412365436ce01828ac581247dafccba2af3b5113ca75619df2eae744c4491d9a
7d98ec00a9feb9ae481602515c7a6ebff4f5015d3f3c0bf0d172da392e712]]

8/29/2008