TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   916-447-9200
Facsimile:   916-329-4900

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A COUNTERCLAIM**<br><br>Date:　　October 20, 2008<br>Time:　　10:30 a.m.<br>Dept:　　Courtroom 3<br>Judge:　The Hon. Roger T. Benitez |

TO PLAINTIFF RICHARD KWAK AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 20, 2008, at 10:30 a.m. or as soon thereafter as may be heard in Courtroom 3 of the United States District Court for the Southern District of California, located at the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California 92101-8900, Defendant Morgan Stanley & Co. Incorporated ("Morgan Stanley") will and hereby does move for leave to file Counterclaims to the above-titled case. Morgan Stanley makes this motion pursuant to Federal Rules of Civil Procedure 15(a) and 13(f) on the ground that the proposed Counterclaim arises out of the same transactions and occurrences as the complaint and therefore the interests of justice dictate that Morgan Stanley be permitted to assert its Counterclaim in this action. Further, the leave sought will not prejudice Kwak, Morgan Stanley has not delayed in seeking to bring the proposed Counterclaim, Morgan Stanley brings the Counterclaim in good faith, and the proposed Counterclaim is not futile. Accordingly, allowing the filing of the Counterclaims is in the interest of justice and will promote the efficient resolution of all claims between the parties.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Erin M. Connell ("Connell Decl."), and all exhibits thereto, including the [Proposed] Counterclaim attached to that declaration.

Dated: September 12, 2008

TRISH M. HIGGINS
AMY ROSS
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:_____/s/ Erin M. Connell_____
Erin M. Connell
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

OHS West:260511846.1                     - 1 -                    DEFENDANT'S NOTICE OF MOTION AND MOTION
                                                                  FOR LEAVE TO FILE COUNTERCLAIMS
                                                                  (08-0689-BEN (LSP))

## DECLARATION OF ELECTRONIC SERVICE

I, Kate Brandt, am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

I hereby certify that, on September 12, 2008, I have taken steps to cause the following documents:

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A COUNTERCLAIM**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**

**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**

**EXHIBITS A-F TO DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**

when filed through the Electronic Case Filing ("ECF") system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), including the following:

Donald A English
dae@englishapc.com,arj@englishapc.com

Jeffrey Edward Flynn
jef@englishapc.com,arj@englishapc.com

The NEF shows no non-registered participants.

Executed on September 12, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

*Kate Brandt*
Kate Brandt

OHS West:260511846.1 — - 1 - — DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE COUNTERCLAIMS (08-0689-BEN (LSP))