```
1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4497
3  Telephone:  916-447-9200
   Facsimile:  916-329-4900
4
   AMY ROSS (State Bar No. 215692)
5  ERIN M. CONNELL (State Bar No. 223355)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, California 94105-2669
   Telephone:  415-773-5700
8  Facsimile:  415-773-5759

9  Attorneys for Defendant
   Morgan Stanley & Co. Incorporated
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>        Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>        Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**<br><br>Date:    October 20, 2008<br>Time:   10:30 a.m.<br>Dept:    Courtroom 3<br>Judge:  The Hon. Roger T. Benitez |

1  I, Erin M. Connell, declare:

2  1.  I am a member of the State Bar of California and an associate in the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for defendant Morgan Stanley & Co. Incorporated ("Morgan Stanley"). I make this declaration in support of Morgan Stanley's Motion For Leave To File Counterclaims. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

3  2.  I have reviewed and am familiar with some of the documents from the court's docket in the matter of *Securities and Exchange Commission v. Competitive Technologies Inc. et al*, U.S.D.C. Case No. 3:04-CV-1331-JCH ("the SEC action"). Attached hereto as Exhibit A is a true and correct copy of the complaint in the SEC action, dated August 11, 2004. Attached hereto as Exhibit B is a true and correct copy of the SEC action Verdict Form, dated November 29, 2007. Based on an entry in the court docket, the SEC was scheduled to retry the unresolved counts against Kwak in a second jury trial commencing September 29, 2008. A subsequent entry in the court docket reflects that the court granted Kwak's motion to continue the trial date for three months. Further, in Kwak's Opposition to Defendant's Motion to Stay The Present Action Pending Resolution Of Pending SEC Action, Kwak stated in a declaration that the SEC action is now scheduled to commence trial in January 2009. Accordingly, on information and belief, the SEC action against Kwak has been rescheduled to commence in January 2009.

4  3.  On September 10, 2008, defense counsel asked counsel for Kwak if Kwak would stipulate to Morgan Stanley bringing the proposed counterclaim. Attached as Exhibit C is a true and correct copy of the September 10, 2008 Letter From Trish Higgins To Jeffrey Flynn asking if Kwak would stipulate. Attached as Exhibit D is a true and correct copy of the Stipulation To File A Counterclaim sent by defense counsel to Plaintiff's counsel, also on September 10, 2008.

5  4.  On September 11, 2008, defense counsel sent Plaintiff's counsel a follow-up letter again inquiring whether Kwak would stipulate to Morgan Stanley filing a counterclaim. Attached as Exhibit E is a true and correct copy of the September 11, 2008 letter from Trish Higgins to

OHS West:260511932.1

DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM (08-0689-BEN (LSP))

Jeffrey Flynn. Attached as Exhibit F is a true and correct copy of the draft Counterclaim sent by defense counsel to Plaintiff's counsel, also on September 11, 2008.

5. On September 12, 2008, counsel for Kwak responded that Kwak was not willing to stipulate to Morgan Stanley filing the proposed Counterclaim.

6. To date, the parties have not engaged in discovery in this case.

7. Prior to the present motion for leave to file a counterclaim, Morgan Stanley has not sought leave to add any other additional claims.

Executed this 12th day of September, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

By:     /s/ Erin M. Connell
        Erin M. Connell

OHS West:260511932.1    - 2 -    DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM (08-0689-BEN (LSP))

DEC 3