1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California  95814-4497
3  Telephone:    916-447-9200
   Facsimile:    916-329-4900
4
5  AMY ROSS (State Bar No. 215692)
   ERIN M. CONNELL (State Bar No. 223355)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, California  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759
9
   Attorneys for Defendant
10 Morgan Stanley & Co. Incorporated

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

14 RICHARD A. KWAK,                          Civil No. 08-0689-BEN (LSP)

15          Plaintiff,                       **EXHIBIT B TO DECLARATION OF**
                                             **ERIN M. CONNELL IN SUPPORT OF**
16     v.                                    **DEFENDANT'S MOTION FOR**
                                             **LEAVE TO FILE A**
17 MORGAN STANLEY & CO.                      **COUNTERCLAIM**
   INCORPORATED; and DOES 1-20,
18 inclusive,                                Date:    October 20, 2008
                                             Time:    10:30 a.m.
19          Defendants.                      Dept:    Courtroom 3
                                             Judge:   The Hon. Roger T. Benitez
20

21

22

23

24

25

26

27

28

OHS West:260513509.1

EXHIBIT B TO DECLARATION OF ERIN M. CONNELL
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE
TO FILE COUNTERCLAIMS (08-0689-BEN (LSP))

EXH-B
1

original

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 NOV 29  P 4: 19

U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,    :
                    Plaintiff,                 :      CIVIL ACTION NO.
                                     :      3:04-cv-1331 (JCH)
      v.                              :
                                     :
RICHARD A. KWAK, SHELDON A. STRAUSS, and    :
STEPHEN J. WILSON,             :
                   Defendants.       :      NOVEMBER 19, 2007

**VERDICT FORM**

I.      **SECTION 9(a)(1) CLAIMS**

      1.     Has the SEC proven the elements of its Section 9(a)(1) claim against
           Richard Kwak?

                 Yes_____          No_____

      2.     Has the SEC proven the elements of its Section 9(a)(1) claim against
           Sheldon Strauss?

                 Yes__✓__          No_____

      3.     Has the SEC proven the elements of its Section 9(a)(1) claim against
           Stephen Wilson?

                 Yes_____          No_____

1

## II.   SECTION 9(a)(2) CLAIMS

4.   Has the SEC proven the elements of its Section 9(a)(2) claim against Richard Kwak?

Yes_____          No_____

5.   Has the SEC proven the elements of its Section 9(a)(2) claim against Sheldon Strauss?

Yes___✓___          No_____

6.   Has the SEC proven the elements of its Section 9(a)(2) claim against Stephen Wilson?

Yes_____          No_____

## III.   SECTION 10(b) CLAIMS

7.   Has the SEC proven the elements of its Section 10(b) claim against Richard Kwak?

Yes_____          No_____

8.   Has the SEC proven the elements of its Section 10(b) claim against Sheldon Strauss?

Yes___✓___          No_____

9.   Has the SEC proven the elements of its Section 10(b) claim against Stephen Wilson?

Yes_____          No_____

2

IV.    **SECTION 17(a) CLAIMS**

10.    Has the SEC proven the elements of its Section 17(a) claim against
       Richard Kwak?

              Yes_____          No__✓__

11.    Has the SEC proven the elements of its Section 17(a) claim against
       Sheldon Strauss?

              Yes__✓__          No_____

12.    Has the SEC proven the elements of its Section 17(a) claim against
       Stephen Wilson?

              Yes_____          No__✓__

3

## V.    AIDING AND ABETTING CLAIMS

A. <u>Section 9(a)(1)</u>

13.    Has the SEC proven that Chauncy Steele violated Section 9(a)(1)?

Yes ✓          No_____

If your answer to Question 13 is "yes," continue on to Questions 14, 15, and 16.  If your answer to Question 13 is "no," please skip Questions 14, 15, and 16, and go on to Question 17.

14.    Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

Yes_____          No_____

15.    Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

Yes ✓          No_____

16.    Has the SEC proven that Stephen Wilson aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(1)?

Yes_____          No_____

B. <u>Section 9(a)(2)</u>

17.    Has the SEC proven that Chauncy Steele violated Section 9(a)(2)?

Yes ✓          No_____

If your answer to Question 17 is "yes," continue on to Questions 18, 19, and 20. If your answer to Question 17 is "no," please skip Questions 18, 19, and 20, and go on to Question 21.

18.    Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(2)?

Yes_____          No_____

19.    Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in

4

Mr. Steele's violation of Section 9(a)(2)?

Yes __✓__          No_____

20.   Has the SEC proven that Stephen Wilson aided and abetted Mr. Steele in Mr. Steele's violation of Section 9(a)(2)?

Yes_____          No_____

C.  Section 10(b)

21.   Has the SEC proven that Chauncy Steele violated Section 10(b)?

Yes __✓__          No_____

If your answer to Question 21 is "yes," continue on to Questions 22, 23, and 24. If your answer to Question 21 is "no," please skip Questions 22, 23, and 24, and go on to Section VI.

22.   Has the SEC proven that Richard Kwak aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes_____          No_____

23.   Has the SEC proven that Sheldon Strauss aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes __✓__          No_____

20.   Has the SEC proven that Stephen Wilson aided and abetted aided and abetted Mr. Steele in Mr. Steele's violation of Section 10(b)?

Yes_____          No_____

5

EXH-B
6

## IV.    CONCLUSION

You have now completed the verdict form.  Please have your foreperson date and sign this verdict form.

11/29/07
Date

_Alex Chik_
Jury Foreperson

6