TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    916-447-9200
Facsimile:    916-329-4900

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**EXHIBIT C TO DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**<br><br>Date:    October 20, 2008<br>Time:    10:30 a.m.<br>Dept:    Courtroom 3<br>Judge:    The Hon. Roger T. Benitez |

OHS West:260513509.1

EXHIBIT C TO DECLARATION OF ERIN M. CONNELL
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE
TO FILE COUNTERCLAIMS (08-0689-BEN (LSP))

EXH-C
1



ORRICK

September 10, 2008

Trish M. Higgins
(916) 329-7943
thiggins@orrick.com

*VIA FACSIMILE AND U.S. MAIL*

Jeffrey E. Flynn, Esq.
English & Gloven
550 West "C" Street, Suite 1800
San Diego, CA 92101

Re:   *Richard Kwak v. Morgan Stanley & Co., Inc.*

Dear Jeff:

I write to request that Plaintiff Richard Kwak stipulate to Morgan Stanley amending its responsive pleading to file a counterclaim for indemnification and/or contribution. As you know, federal courts apply a liberal standard and freely grant leave to file amended or supplemental pleadings, particularly at this early stage of the proceedings.

I have attached a draft of the counterclaim to this letter, as well as a stipulation to file the counterclaim. Our deadline for filing the counterclaim (or seeking leave from the Court to do so) is this Friday, September 12, 2008. If Mr. Kwak is willing to stipulate to the filing of the counterclaim, please return to me a signed version of the stipulation by Thursday, September 11, 2008. If Mr. Kwak will not so stipulate, Morgan Stanley will need to file a motion for leave with the Court.

Very truly yours,

*Trish Higgins*

Trish M. Higgins

OHS West:260841889.1

EXH-C
2