1

2  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  400 Capitol Mall, Suite 3000
   Sacramento, California  95814-4497
4  Telephone:    916-447-9200
   Facsimile:    916-329-4900

5  AMY ROSS (State Bar No. 215692)
   ERIN M. CONNELL (State Bar No. 223355)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, California  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759
9

10 Attorneys for Defendant
   Morgan Stanley & Co. Incorporated

11                UNITED STATES DISTRICT COURT

12               SOUTHERN DISTRICT OF CALIFORNIA

13

14 RICHARD A. KWAK,                      Civil No. 08-0689-BEN (LSP)

15              Plaintiff,               **EXHIBIT D TO DECLARATION OF
                                         ERIN M. CONNELL IN SUPPORT OF
16      v.                               DEFENDANT'S MOTION FOR
                                         LEAVE TO FILE A
17 MORGAN STANLEY & CO.                  COUNTERCLAIM**
   INCORPORATED; and DOES 1-20,
18 inclusive,                            Date:    October 20, 2008
                                         Time:    10:30 a.m.
19              Defendants.              Dept:    Courtroom 3
                                         Judge:   The Hon. Roger T. Benitez
20

21

22

23

24

25

26

27

28

OHS West:260513509.1

EXHIBIT D TO DECLARATION OF ERIN M. CONNELL
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE
TO FILE COUNTERCLAIMS (08-0689-BEN (LSP))

1    TRISH M. HIGGINS (State Bar No. 119215)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
2    400 Capitol Mall, Suite 3000
     Sacramento, California 95814-4497
3    Telephone:    916-447-9200
     Facsimile:     916-329-4900
4

5    AMY ROSS (State Bar No. 215692)
     ERIN M. CONNELL (State Bar No. 223355)
6    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
7    405 Howard Street
     San Francisco, California 94105-2669
8    Telephone:    415-773-5700
     Facsimile:     415-773-5759

9    Attorneys for Defendant
     Morgan Stanley & Co. Incorporated
10

11    DONALD A. ENGLISH (State Bar No. 115569)
     JEFFREY E. FLYNN (State Bar No. 167927)
12    ENGLISH & GLOVEN
     A PROFESSIONAL CORPORATION
13    550 West "C" Street, Suite 1800
     San Diego, California 92101
14    Telephone: (619) 338-6610
     Facsimile: (619) 338-6657

15    Attorneys for Plaintiff
     Richard A. Kwak
16

17            UNITED STATES DISTRICT COURT

18         SOUTHERN DISTRICT OF CALIFORNIA

19

20    RICHARD A. KWAK,             Civil No. 08-0689-BEN (LSP)

21         Plaintiff,              **STIPULATION TO FILE COUNTERCLAIM**

22      v.

23    MORGAN STANLEY & CO.
     INCORPORATED; and DOES 1-20,
24    inclusive,

25         Defendants.

26

27

28

OHS West 260511035.1                        STIPULATION TO FILE COUNTERCLAIMS

The parties to the above-action, by and through their attorneys of record, stipulate as follows:

        1.     Defendant and Counterclaimant Morgan Stanley & Co. Incorporated may file its Counterclaim to Plaintiff's Complaint.

        2.     Plaintiff Richard A. Kwak acknowledges service of a copy of the Counterclaim.

        3.     Plaintiff's response to Morgan Stanley's Counterclaim is due 30 days from the filing of the Counterclaim, on October 14, 2008.

IT IS SO STIPULATED.

Dated: September __, 2008

_____
TRISH M. HIGGINS
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for **Defendant and Counterclaimant**
Morgan Stanley & Co. Incorporated

Dated: September __, 2008

_____
JEFFREY E. FLYNN
ENGLISH & GLOVEN
A PROFESSIONAL CORPORATION
Attorneys for Plaintiff Richard A. Kwak

**ORDER**

IT IS SO ORDERED.

Dated:

_____
The Honorable Roger Benitez