TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

AMY ROSS (State Bar No. 215692)
ERIN M. CONNELL (State Bar No. 223355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KWAK,<br><br>          Plaintiff,<br><br>     v.<br><br>MORGAN STANLEY & CO. INCORPORATED; and DOES 1-20, inclusive,<br><br>          Defendants. | Civil No. 08-0689-BEN (LSP)<br><br>**EXHIBIT E TO DECLARATION OF ERIN M. CONNELL IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM**<br><br>Date:     October 20, 2008<br>Time:    10:30 a.m.<br>Dept:    Courtroom 3<br>Judge:   The Hon. Roger T. Benitez |

OHS West:260513509.1

EXH-E
1

EXHIBIT E TO DECLARATION OF ERIN M. CONNELL
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE
TO FILE COUNTERCLAIMS (08-0689-BEN (LSP))


**ORRICK**

September 11, 2008

Trish M. Higgins
(916) 329-7943
thiggins@orrick.com

*VIA FACSIMILE AND U.S. MAIL*

Jeffrey E. Flynn, Esq.
English & Gloven
550 West "C" Street, Suite 1800
San Diego, CA 92101

Re:   *Richard Kwak v. Morgan Stanley & Co., Inc.*

Dear Jeff:

To follow-up on my correspondence from yesterday, attached is the proposed Counterclaim. Please let me know as soon as possible whether you will stipulate to its filing. Otherwise, Morgan Stanley will file a motion tomorrow.

Thank you for your prompt attention to this matter.

Very truly yours,

Trish M. Higgins

OHS West:260512912.1

EXH-E
2